IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| GWENDOLYN WOLFE, et al. | ) | |
| | ) | |
| v. | ) | NO. 3:05-0717 |
| | ) | JUDGE CAMPBELL |
| MERCK & CO., INC. | ) | |

ORDER

Pending before the Court is Defendant Merck & Co., Inc.'s Motion to Dismiss for Improper Venue and Failure to State a Claim or, in the Alternative, for a More Definite Statement (Docket No. 18). For the reasons stated in the accompanying Memorandum, Defendant's Motion to Dismiss (Docket No. 18) is DENIED, and Defendant's Motion for a More Definite Statement (Docket No. 18) is moot. By December 1, 2005, Plaintiffs shall file an amended complaint in full compliance with Local Rule 15.

IT IS SO ORDERED.

*/s/ Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE